UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

RICHARD BUCKHOLTZ

CASE NO. 3:19-cr-42-J-39PDB
18 U.S.C. § 641

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about March, 2014, and continuing through in or about March 2019, in the Middle District of Florida, and elsewhere, the defendant,

RICHARD BUCKHOLTZ,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the United States Railroad Retirement Board (U.S. RRB), a department and agency of the United States, that is, Disability Insurance Benefits, with intent to deprive the United States and the U.S. RRB of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.      The property to be forfeited includes the sum of at least $134,078.48, which represents the proceeds obtained as a result of the offense.

4.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
ASHLEY WASHINGTON
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
3/12/19 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## RICHARD BUCKHOLTZ

## INDICTMENT

Violations: 18 U.S.C. § 641

A true bill,

*Deborah H. Heald*

Foreperson

Filed in open court this *26th* day

of March, 2019.

*Jmau S. Penott*

Clerk

Bail   $_____

GPO 863 525